IN AND FOR COMANCHE COUNTY
STATE OF OKLAHOMA

KAMA FINDLEY )   *Attorney Lien Claimed
& )   *Jury Trial Demanded
JEARMY FINDLEY, )
)
*Plaintiffs*, )
)   STATE OF OKLAHOMA
)   Comanche County
)   FILED in the
)   Office of the Court Clerk
)
)   DEC 0 3 2020
v. )
)   By_____
)   Deputy
)   Case # CJ-2020-513
WAL-MART STORES EAST, LP, )
& )
JOHN DOE, )
A Resident of Comanche County, OK )
)
*Defendants.* )

## PETITION

TO THE HONORABLE JUDGE:

COMES NOW, the Plaintiffs by and through their attorney of record, to file this petition complaining of and against the named Defendants and in support, shows the court as follows:

### I

### PARTIES

1. The Plaintiffs are residents of Comanche County, Oklahoma and may be served with process their attorney of record.

2. Defendant Wal-Mart Stores East, LP is a Delaware Limited Partnership with its principal place of business in Bentonville, Arkansas.

3. Wal-Mart Stores Inc. and Wal-Mart Stores East, LP are collectively referred to herein as "Wal-Mart".

4. Upon information and belief, John Doe is a resident of Comanche County, Oklahoma, who was employed by Wal-Mart on the date of the incident that is the subject of this

EXHIBIT 2

lawsuit. Furthermore, Plaintiffs anticipate that the identify of John Doe will be elucidated by discovery and Plaintiffs will, likewise, amend their Petition when that information is discovered.

II

**FACTUAL ALLEGATIONS**

5. On May 3, 2020, Plaintiff, Kama Findley, was a patron at a Wal-Mart in Lawton, Oklahoma (Comanche County, Oklahoma) located off 67th street.

6. While a patron at Wal-Mart, John Doe ran into Plaintiff with a stack of carts thereby causing her personal injuries.

7. At all times relevant, John Doe was employed with Wal-Mart and acting within the course and scope of his employment for Wal-Mart.

III

**NEGLIGENCE**

8. Plaintiffs incorporate the previous allegations as if fully set forth herein.

9. Said acts and/or omissions constitute negligence.

10. Said negligence caused Plaintiffs personal injures more fully set forth in "Damages" below.

IV

**NEGLIGENT RETENTION, HIRING, & SUPERVISION**

11. Plaintiffs incorporate the previous allegations as if fully set forth herein.

12. Upon information and belief, Wal-Mart knew or should have known that John Doe had the propensity to create a situation resulting in harm to individuals like Kama Findley.

13. Wal-Mart had a duty to ensure said employee could not cause said harm.

14. Wal-Mart breached that duty.

15. The breach of said duty caused Plaintiffs harm.

## V

## DAMAGES

16. Damages Sustained by Kama Findley:

   a. Past and future physical pain and suffering;

   b. Past and future mental pain and suffering;

   c. Physical impairment;

   d. Physical disfigurement;

   e. Past lost earnings;

   f. Lost earning capacity;

   g. Past and future medical care and expense;

   h. Pre and post judgment interest; and

   i. Any other damages that are just.

17. Additionally, Plaintiffs were married at the time of the incident, and, as a result of the incident, Jeremy Findley has suffered a loss of services, society, comfort, companionship, and the marital relationship with his wife, and thus seeks damages for loss of consortium.

18. Additionally, pursuant to 23 OS § 9.1, Plaintiffs allege that Defendants' acts were done with reckless disregard to the rights and safety of others.

## VI

## PRAYER

WHEREFORE, PREMISES CONSIDERED:

Plaintiffs respectfully pray this Honorable Court, after jury trial on the merits, enter judgment against Defendants in favor of Plaintiffs for an award of Damages in excess of $75,000, as well as any other relief that is just.

                Respectfully Submitted,

                ZELBST, HOLMES, & BUTLER

                _____
                Clay Zelbst, OBA # 32152
                clay@zelbst.com
                PO Box 365 / 411 SW 6th
                Lawton, OK 73502-0365
                580-248-4844 (Tel)
                580-248-6916 (Fax)